JOHANNA ENGEL, Respondent, *v.* EUGENE B. HOWELL, as Receiver of THE LONG ISLAND REAL ESTATE EXCHANGE AND INVESTMENT COMPANY, Appellant.

*Engel* v. *Howell*, 115 App. Div. 910, affirmed.
(Argued November 18, 1908; decided December 8, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 5, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover money paid to defendant to be invested by it for the plaintiff.

*Robert H. Wilson* for appellant.

*James C. Cropsey* and *Frank Mann* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.